# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

**GAYLORD STEVENS,**

    Plaintiff,

v.                                                                    **Case No. CIV-16-531-RAW**

**MUSKOGEE, OKLAHOMA ANIMAL**
**CONTROL, et al.,**

    Defendants.

## ORDER

Before the court is the motion of defendant Days Inns Worldwide, Inc. to dismiss or in the alternative for more definite statement. Plaintiff, appearing *pro se*, alleges multiple claims pursuant to 42 U.S.C. §1983 against multiple defendants. Plaintiff was convicted in Texas state court for possession of child pornography, and those convictions were recently affirmed. *Stevens v. State,* 2017 WL 411382 (Tex.App. - Tyler 2017). Initially, plaintiff was arrested for cruelty to animals, and six horses that were determined to be in poor condition were moved "to another location for treatment." *Id.* at *1.

The complaint does not appear to make specific allegations as to movant, and therefore fails to state a claim. The motion was filed on July 19, 2017 and plaintiff has failed to respond within the time provided by Local Civil Rule 7.1(d). Upon review, the court finds the motion is well-taken. Dismissal is also appropriate on statute of limitations grounds, for reasons recited in contemporaneous orders in this case. The court declines to grant an additional 14 days (as contemplated by Local Civil Rule 7.1(g) because plaintiff has

previously been granted additional time regarding other pending motions (see #93).

It is the order of the court that the motion to dismiss (#97) is hereby granted. Days Inn Worldwide, Inc. is dismissed as a party defendant.

**IT IS SO ORDERED** this 18th day of AUGUST, 2017.

_____
**RONALD A. WHITE
UNITED STATES DISTRICT JUDGE**